UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MELISSA STAMPF,

                Plaintiff,

      -against-                              ORDER
                                                CV-07-3349 (SMG)
THE LONG ISLAND RAILROAD AUTHORITY,
METROPOLITAN TRANSPORTATION
AUTHORITY, JAMES SOKIRA, and ANGELA
TRIGG,

                Defendants.
------------------------------------------------------------X
GOLD, S., *United States Magistrate Judge*:

      During the December 11, 2009 telephone conference, the parties were directed to confer on a revised briefing schedule. As of today's date, the court has not received a revised schedule. If the parties have one, they shall file it forthwith. If not, they shall confer and submit a revised schedule no later than **January 8, 2010**. If the parties fail to submit a schedule by that date, the court sets the following schedule: defendants' opposition to plaintiff's cross-motion is due January 22, 2010; plaintiff's reply is due January 29, 2010. Depending on the parties' revised schedule, the oral argument previously scheduled for January 20, 2010 will most likely be adjourned.

      In addition, plaintiff's Rule 56.1 Statement is deficient for several reasons. First, it fails to follow subsection (b) of Local Rule 56.1 that requires "[t]he papers opposing a motion . . . [to] include ***a correspondingly numbered paragraph responding to each numbered paragraph in the statement of the moving party***." The Rule also provides that "if necessary, [a party may submit] additional paragraphs containing a separate, *short and concise* statement of additional *material* facts *as to which it is contended that there exists a genuine issue to be tried*." Local Rule 56.1(b) (emphasis added). Second, plaintiff's Rule 56.1 Statement, while citing generally

to lengthy deposition transcripts, fails to cite to the specific pages within the deposition transcripts that support her factual contentions. *See Holtz v. Rockefeller & Co., Inc.*, 258 F.3d 62, 74 (2d Cir. 2001) ("The purpose of Local Rule 56.1 is to streamline the consideration of summary judgment motions by freeing district courts from the need to hunt through voluminous records without guidance from the parties."); *Stewart v. New York City Dep't of Info. Tech. & Telecomms.*, 2001 WL 1398680, at *5 (S.D.N.Y. Nov. 8, 2001) (ordering a party to citations with specific page numbers in lengthy documents). Accordingly, plaintiff shall file an amended 56.1 Statement in compliance with Local Rule 56.1 no later than **January 8, 2010**.

Finally, counsel shall provide a courtesy copy to Chambers of their motion papers and exhibits as soon as practicable, and in any event no later than **January 8, 2010**. Courtesy copies of subsequent submissions should be submitted to Chambers at or about the time they are electronically filed.

**SO ORDERED.**

                                                                                                                                        /s/
                                          **STEVEN M. GOLD**
                                          **United States Magistrate Judge**

Dated: Brooklyn, New York
        December 30, 2009