U.S. DISTRICT COURT E.D.N.Y.

★  DEC 1 0 2010  ★

COURT EXHIBIT
#1A
07-CV-3349 (SMG)

## VERDICT SHEET IN STAMPF v. LONG ISLAND RAIL ROAD and TRIGG

A.    *Discrimination*

1.    Has the plaintiff, Melissa Stampf, established by a preponderance of the evidence that

intentional gender, race, national origin, or sexual orientation discrimination, on the part

of the defendant, Long Island Rail Road ("LIRR"), was a motivating factor in its decision

with respect to whether and how to impose discipline on plaintiff for the events of July 9,

2006?

YES _____          NO __X__

If your answer to Question A1 is "no," proceed to Section
B.  If your answer to Question A1 is "yes," proceed to
Question A2.

*(Answer the following "A" questions only if you have answered "Yes" to Question A1).*

2.    If you find that defendant Long Island Rail Road discriminated against plaintiff Melissa

Stampf, state the category that was a motivating factor in the decision.  Check all that

apply.

        Gender                    ____

        Race/National Origin  ____

        Sexual Orientation    ____

3.    State the amount of damages, if any, that you award to plaintiff for any wages or fringe

benefits she has proven by a preponderance of the evidence that she lost as a result of the

unlawful discrimination.

        Lost Wages and Benefits: $_____

*(continued on next page)*

4.      State the amount of damages, if any, that you award to plaintiff for any mental and

emotional distress plaintiff has proven by a preponderance of the evidence she suffered as

a result of the LIRR's unlawful discrimination.

Past Mental and Emotional Damages $_____

Future Mental and Emotional Damages $_____


B.      *Malicious Prosecution*

1.      Has the plaintiff, Melissa Stampf, established by a preponderance of the evidence that

defendant Angela Trigg commenced a criminal proceeding against plaintiff without

probable cause and with malice?



YES  X             NO _____
If your answer to Question B1 is "no," you are to answer no further
questions.  Your foreperson is to sign and date the verdict form and
advise the marshal that a verdict has been reached.  If your answer to
Question B1 is "yes," proceed to Question B2.

*(Answer the following "B" questions only if you have answered "Yes" to Question B1).*

2.      State the amount of damages, if any, that you award to plaintiff for any mental and

emotional distress plaintiff has proven by a preponderance of the evidence she has

suffered or will continue to suffer as a result of the malicious prosecution by Trigg.

Past Mental and Emotional Damages: $   200,000

Future Mental and Emotional Damages: $   100,000

*(continued on next page)*

2

3.      State the amount of damages, if any, that you award to plaintiff for any expenses incurred

in connection with the criminal prosecution that plaintiff has proven by a preponderance

of the evidence she incurred as a result of the malicious prosecution by Trigg.

Compensatory Damages: $ __30,000__


4.      If you decide to award punitive damages, after having considered a) the nature and

reprehensibility of what the defendant did, b) the actual and potential harm created by

defendant's conduct, and c) the defendant Trigg's financial condition and the impact your

punitive damages award will have on Angela Trigg, state the amount of punitive

damages, if any, that you award to plaintiff.


Punitive Damages: $ __150,000__


Signed: _____
                        Jury Foreperson

Dated: __12:10:2010__


After the foreperson has signed and dated the verdict form, advise the marshal that a verdict has
been reached.


*U:\eoc 2010\stampf\verdict sheet - revised - 120910.wpd*


3